**J.D. WILLIAMS, d/b/a Consolidated Cabs and Consolidated Cab Co., Appellants,**

v.

**CITY OF KANSAS CITY, Missouri, et al., Respondents.**

**No. WD 34808.**

Missouri Court of Appeals, Western District.

Dec. 18, 1984.

Carl W. Bussey, Kansas City, for appellants.

Richard N. Ward, Nordahl E. Holte, Dan G. Jackson, III, Kansas City, for respondents.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Jackson County denying injunctive relief to appellant and enjoining appellant's operation of the taxicab business in Kansas City.

Affirmed. Rule 84.16(b).